UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TICKETOPS CORPORATION,

        Petitioner,

v.

COSTCO WHOLESALE CORPORATION,

        Respondent.

C21-931 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Petitioner TicketOps Corporation's stipulated motion to seal, docket no. 3, is GRANTED. The Motion to Vacate Arbitration Award (docket no. 1), and the exhibits attached thereto (docket nos. 1-1–1-8), as well as the Declaration of Parker Folse (docket no. 2), and the exhibit attached thereto (docket no. 2-1), shall remain UNDER SEAL. *See* Proposed Order (docket no. 3-1);

(2)    The Court notes that the Motion to Vacate Arbitration Award, docket no. 1, should be captioned as a "Petition to Vacate Arbitration Award," and the parties should be designated as "Petitioner" and "Respondent" accordingly; and

(3)    The Clerk is DIRECTED to maintain UNDER SEAL the Petition to Vacate Arbitration Award (docket no. 1), the Declaration of Parker Folse (docket no. 2), and all exhibits attached thereto (docket nos. 1-1–1-8, 2-1). The Clerk is DIRECTED to UNSEAL this case and all other docket entries. The Clerk is also DIRECTED to caption the Motion to Vacate Arbitration Award, docket no. 1, as the "Petition to Vacate Arbitration Award" and to designate the parties as "Petitioner" and "Respondent"

MINUTE ORDER - 1

accordingly.  The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2