UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TICKETOPS CORPORATION,

         Petitioner,

  v.

COSTCO WHOLESALE CORPORATION,

         Respondent.

C21-931 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 7, is GRANTED. Respondent's opposition to the petition to vacate the arbitration award ("Petition to Vacate") and petition to confirm the arbitration award ("Petition to Confirm"), docket no. 8; the Declaration of David Burman, docket no. 9; and all exhibits attached thereto, docket nos. 8-1–8-2 & 9-1–9-5, shall remain UNDER SEAL;

(2) The parties' stipulation for an order establishing a revised briefing schedule, docket no. 11, is GRANTED. Petitioner shall file a single brief, not to exceed 12 pages, as both a reply in support of its Petition to Vacate (docket no. 1) and in opposition to Respondent's Petition to Confirm (docket no. 8) on or before **August 23, 2021**. Respondent shall file a single reply brief, not to exceed 12 pages, in support of its Petition to Confirm (docket no. 8) on or before **August 27, 2021**. Both Petitions, docket nos. 1 & 8, shall be noted on the motion calendar for August 27, 2021; and

(3) The Clerk is directed to RENOTE the Petition to Vacate (docket no. 1) to August 27, 2021, and to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 6th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2