UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TICKETOPS CORPORATION,

          Petitioner,

  v.

COSTCO WHOLESALE CORPORATION,

          Respondent.

C21-931 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Respondent's motion for attorney fees, docket no. 23, is GRANTED. In the Order entered September 9, 2021, docket no. 17, the Court previously determined Respondent's entitlement to reasonable attorney fees as the prevailing party in this enforcement action. Petitioner did not respond to Respondent's motion for attorney fees, docket no. 23. Having reviewed the Declaration of David J. Burman, docket no. 24, the Court concludes that Respondent's requested amount, $72,548.78, is reasonable. Respondent is AWARDED attorney fees in the following amount: $72,548.78.

(2)    The Clerk is DIRECTED to enter a supplemental judgment consistent with this Minute Order and to send a copy of this Minute Order to all counsel of record

MINUTE ORDER - 1

Dated this 20th day of October, 2021.

                                     Ravi Subramanian
                                     Clerk

                                     s/Gail Glass
                                     Deputy Clerk

MINUTE ORDER - 2