UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TICKETOPS CORPORATION,<br><br>    Petitioner and Counter Respondent,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Respondent and Counter Petitioner. | C21-931 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion, docket no. 45, to strike filed by TicketOps Corporation ("TicketOps") is DENIED. TicketOps's alternative request is GRANTED and the Court will consider TicketOps's brief response, docket no. 45 at 2. No further briefs shall be filed by either party unless requested by the Court.

(2) TicketOps is REMINDED of its obligation to comply with the orders of this Court. TicketOps shall produce to Costco Wholesale Corporation ("Costco") any outstanding responsive documents, subject to and consistent with this Court's Order, docket no. 34, on or before March 7, 2022. The Court sua sponte EXTENDS the deadline for Costco to take Hugh Hall's deposition. Costco may take Mr. Hall's deposition by remote means, subject to and consistent with this Court's Order, docket no. 34, by April 1, 2022. The parties are DIRECTED to cooperate in scheduling Mr. Hall's deposition.

(3) The parties are DIRECTED to notify the Court within three (3) days of completing Mr. Hall's deposition.

MINUTE ORDER - 1

(4)     On or before April 15, 2022, Costco is DIRECTED to file a declaration outlining the documents which TicketOps has produced and information obtained from the Hall deposition.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of February, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 2