UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TICKETOPS CORPORATION,

        Petitioner and Counter Respondent,

v.

COSTCO WHOLESALE CORPORATION,

        Respondent and Counter Petitioner.

C21-931 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Motion to Require TicketOps Corporation ("TicketOps") to Post Suitable Security, docket no. 35, filed by Costco Wholesale Corporation ("Costco") is DENIED.

(2)    Costco's Motions to Seal, docket nos. 48 & 61, and TicketOps' Motion to Seal, docket no. 54, are GRANTED.

(3)    The Court sua sponte confirms that Costco may share the post-judgment discovery produced in this action with its Canadian counsel. The Motion to Clarify, docket no. 60, filed by Costco is STRICKEN as moot.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2022.

                                    Ravi Subramanian
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk

MINUTE ORDER - 1