UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TICKETOPS CORPORATION,<br><br>    Petitioner and Counter Respondent,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Respondent and Counter Petitioner. | C21-931 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court requests a response to the Motion for Reconsideration, docket no. 65, filed by TicketOps Corporation. Costco Wholesale Corporation is DIRECTED to file a response to the motion for reconsideration on or before Friday, May 27, 2022. No reply shall be filed unless requested by the Court. The motion for reconsideration is RENOTED to May 27, 2022.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 18th day of May, 2022.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1