UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TICKETOPS CORPORATION,<br><br>        Petitioner and Counter Respondent,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Respondent and Counter Petitioner. | C21-931 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The motion for reconsideration, docket no. 65, filed by TicketOps Corporation ("TicketOps") is DENIED. A court will ordinarily deny motions for reconsideration "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). TicketOps moves for reconsideration of this Court's order, docket no. 64, granting in part the motion for individual discovery filed by Costco Wholesale Corporation ("Costco"), docket no. 49. TicketOps asks the Court to amend its order to state explicitly that Costco must comply with procedures "required" to obtain discovery from Canadian third-parties. TicketOps also requests that the Court modify its description of the documents it has authorized Costco to seek from Hugh Hall. TicketOps argues that it raised the issue of Canadian discovery procedures in its response to Costco's earlier motion for supplemental proceedings in aid of judgment, docket no. 30. TicketOps, however, has not explained why it failed to raise these arguments in its response, docket no. 56, to Costco's motion for individual discovery. Additionally, TicketOps has not shown manifest error in the Court's prior order. *See*

MINUTE ORDER - 1

Case 2:21-cv-00931-TSZ   Document 71   Filed 06/01/22   Page 2 of 2

*Snowden v. Connaught Labs., Inc.*, 138 F.R.D. 138, 140–41 (D. Kan. 1991) (denying motion for reconsideration and requiring Canadian national to comply with discovery previously ordered by the court).

   (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 1st day of June, 2022.

              Ravi Subramanian
              Clerk

              s/Gail Glass
              Deputy Clerk

MINUTE ORDER - 2